IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ILYA A. DUMITRASH,** | **3:11-CV-01062-BR** |
|      **Plaintiff,** | **JUDGMENT** |
| v. | |
| **RECONTRUST COMPANY, N.A; BAC HOME LOAN SERVICING, LLP; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,** | |
|      **Defendants.** | |

    Based on the Court's Opinion and Order issued July 31, 2013, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 31st day of July, 2013.

                                        /s/ Anna J. Brown

                                        ANNA J. BROWN
                                        United States District Judge

1 - JUDGMENT